

**HON. MURIEL GOODE-TRUFANT**
*Corporation Counsel*

### THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

January 28, 2026

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

*Time to respond to the complaint extended to 4/28/26. April 16, 2026 conference Canceled.*

Re:    *S.M., et al. v. New York City Dep't. of Educ.*, 25-cv-10356 (JGK)(KHP)

Dear Judge Koeltl:

*So ordered.
Jur Glkelt /S.D.N.Y.
1/29/26*

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

Defendant writes to respectfully request that the answer deadline be extended *nunc pro tunc* to April 28, 2026. I apologize for the lateness of this request, as I was only assigned to this matter yesterday. Defendant also respectfully requests that the April 16, 2026 initial conference be adjourned by 90 days to July 15, 2026, or a time thereafter more convenient for the Court. Plaintiff consents to both these requests. This is the first request for an extension of the answer deadline and the first request for an adjournment of the initial conference. The requested extensions will give Defendant time to perform its internal review and then make a request for settlement authority.

Accordingly, Defendant respectfully requests that the answer deadline be extended to April 28, 2026 and the initial conference be adjourned to July 15, 2026.

Thank you for considering these requests.

Respectfully submitted,

/s/
_____
Martha Nimmer
Special Assistant Corporation Counsel

cc: Francesca Antorino, Esq. (via ECF)