PUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————

S.M., ET AL.,

                    Plaintiffs,                         25-cv-10356 (JGK)

        - against -                                     Order

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.

—————————————————————————

John G. Koeltl, District Judge:

    The parties are directed to submit a Rule 26(f) report by **June 3, 2026.**

SO ORDERED.

Dated:      New York, New York
            May 19, 2026              _____
                                            John G. Koeltl
                                      United States District Judge